UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRANK INMAN, )<br>)<br>Petitioner, )<br>v. )<br>)<br>PENOBSCOT COUNTY DISTRICT )<br>ATTORNEY OFFICE, et al., )<br>)<br>Respondents ) | No. 1:17-cv-412-GZS |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 5) filed November 15, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

1. Plaintiff's Section 2254 Motion (ECF No. 1) is **DISMISSED,** and his Motion for Bail (ECF No. 4) is **DENIED**.

2. A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2254 cases is **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. §2253(c)(2).

 /s/ George Z. Singal
 United States District Judge

Dated this 12th day of February, 2018.